James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CARMACK,<br><br>               Plaintiff,<br><br>  vs.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>               Defendants. | No. C 06-0893 SBA<br><br>Before the Honorable Saundra Brown Armstrong<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT ELI LILLY AND COMPANY, A CORPORATION, WITHOUT PREJUDICE**<br><br>Complaint Filed:   February 10, 2006 |

      Plaintiff George Carmack and Defendant Eli Lilly and Company, a corporation ("Lilly"), through their respective counsel of record, HEREBY AGREE AND STIPULATE that Lilly will be dismissed from this case, *without prejudice*, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party is responsible for their own costs and fees.

**SO STIPULATED**

DATED: July 24, 2006.

                                          LEVIN, SIMES, KAISER & GORNICK LLP

By    /s/ Emily Charley
      Lawrence J. Gornick
      Emily Charley
      Attorneys for Plaintiff George Carmack

DATED: July 24, 2006.

REED SMITH LLP

By    /s/ James M. Wood
      James M. Wood
      Attorneys for Defendant
      Eli Lilly and Company, a corporation

**SO ORDERED**

DATED: 8/9/06.

*/s/ Saundra B. Armstrong*
The Honorable Saundra Brown Armstrong